**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Thomas Farrell | : | Chapter 13 |
| | : | Case No.: 22-12497-MDC |
|    Debtor(s) | : | |

## O R D E R

AND NOW, this <u>  4th  </u> day of <u>      October      </u> 2022, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before **October 29, 2022**.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE