**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Thomas Joseph Farrell, Jr | : | |
| Debtor | : | No. 22-12497-MDC |
| v. | : | |
| | : | |
| Bristol Auto Mall | : | |
| Defendant | : | |

## O R D E R

AND NOW, on this _____ day of _____, 2022, upon consideration of the Motion for Turnover and Sanctions for Violation of the Automatic Stay, it is hereby Ordered and Decreed that Debtor's Motion is GRANTED and Defendant, Bristol Auto Mall, is ORDERED to:

a) Release the debtor's vehicle directly to Debtor upon entry of this Order;

b) Pay the sum of $10,000.00;

c) File a timely Proof of Claim to receive payment for the vehicle directly through the Chapter 13 Plan;

d) Award Legal Fees;

e) Such further action as deemed necessary to enforce this order.

FURTHER ORDERED:

Date: October 12, 2022                    _____
                                          HONORABLE MAGDELINE D. COLEMAN
                                          CHIEF UNITED STATED BANKRUPTCY JUDGE