**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER 13 |
| Thomas Joseph Farrell, Jr | : | |
| Debtor | : | No. 22-12497-MDC |
| v. | : | |
| | : | |
| Bristol Auto Mall | : | |
| Defendant | : | |

## **CERTIFICATE OF SERVICE**

I, Brad J. Sadek, Esq., certify that on October 12, 2022 a true and correct copy of the Debtors' Expedited Motion for Turnover and Sanctions and Request for Expedited Hearing was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Kenneth E. West, Trustee**
Chapter 13 Trustee
Electronic Mail

**Nayef Nusire**
General Manager of *Bristol Auto Mall*
E-service to [sales@bristolautomall.com](mailto:sales@bristolautomall.com)


/s/ Brad J. Sadek
Dated: October 12, 2022                        Brad J. Sadek, Esq.
                                               Attorney for the Debtor
                                               Sadek Law Offices, LLC
                                               1315 Walnut Street, Suite 502
                                               Philadelphia, PA 19107
                                               215-545-0008