# IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | **:** | |
| Thomas Joseph Farrell, Jr. | **:** | Chapter 13 |
| | **:** | Case No.: 22-12497-MDC |
| Debtor(s) | **:** | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the <u>Motion for Turnover & Sanctions</u> filed at <u>Docket Entry #15</u>

DATED: 12/19/2022

 _/s/ Brad J. Sadek_

Brad J. Sadek, Esq.
Attorney for Debtor(s)